IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACCELGOV, LLC, *et al.*,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE UNITED STATES,  )<br>  )<br>    Defendant,  )<br>  )<br>    and  )<br>  )<br>E-TELLIGENT GROUP,  )<br>  )<br>    Defendant-Intervenor,  )<br>  )<br>    and  )<br>  )<br>CENTENNIAL TECHNOLOGIES, INC.,  )<br>  )<br>    Defendant-Intervenor.  )  | No. 24-1228C<br>Judge Schwartz<br><br>**FILING CONTAINS PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER** |

**NOTICE OF FILE-SHARING THE ADMINISTRATIVE RECORD, AND OF FILING THE ADMINISTRATIVE RECORD INDEX**

Pursuant to Appendix C of the Rules of the United States Court of Federal Claims (RCFC), the Court's August 27, 2024 Order, ECF No. 27, and the Court's September 11, 2024 Order, ECF No. 37, defendant, the United States, hereby provides notice that it has file-shared to all parties the administrative record of the proceedings in the above-captioned bid protest, and that the United States is filing the attached administrative record index in the above-captioned bid protest, all subject to the Court's Protective Order, ECF No. 16.

1

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        PATRICIA M. McCARTHY
                                        Director

                                        <u>s/ Steven J. Gillingham</u>
                                        STEVEN J. GILLINGHAM
                                        Assistant Director
                                        <u>s/ Matthew D. Lewis</u>
                                        MATTHEW D. LEWIS
                                        Trial Attorney
                                        Commercial Litigation Branch
                                        Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 480
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        Phone: (202) 880-6321
                                        E-mail: matthew.lewis@usdoj.gov

September 12, 2024                    Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of September, 2024, I caused to be served electronically via the Court's electronic filing system a copy of defendant's "NOTICE OF FILE-SHARING THE ADMINISTRATIVE RECORD AND ADMINISTRATIVE RECORD INDEX," and the attached index of the administrative record. The administrative record was file-shared via JEFS to the email addresses: Schwartz_Chambers@cfc.uscourts.gov, benglish@maynardnexsen.com; jon.levin@wbd-us.com, DSpecht@mofo.com, and matthew.keller@praemialaw.com.

/s/ Matthew D. Lewis
MATTHEW D. LEWIS