# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| ACCELGOV, LLC, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | No. 24-1228C |
| and ) | |
| ) | **FILING CONTAINS PROTECTED** |
| E-TELLIGENT GROUP, ) | **INFORMATION TO BE DISCLOSED ONLY** |
| ) | **IN ACCORDANCE WITH U.S. COURT OF** |
| Defendant-Intervenor, ) | **FEDERAL CLAIMS** |
| ) | **PROTECTIVE ORDER** |
| and ) | |
| ) | |
| CENTENNIAL TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant-Intervenor. ) | |

### INDEX TO THE ADMINISTRATIVE RECORD

| Tab | Document Name/Description | Page |
|---|---|---|
| | **PRE-SOLICITATION / SOLICITATION** | |
| 1 | Market Research Report & Vendor Responses (June 6, 2022) | 1 |
| 2 | Acquisition Plan (January 11, 2023) | 37 |
| 3 | Market Research Summary Report (April 18, 2023) | 54 |
| 4 | Independent Government Cost Estimate | 66 |
| 5 | Determination & Findings | |
| | a. Time & Materials | 144 |
| | b. Consolidation | 148 |

| Tab | Document Name/Description | Page |
|---|---|---|
|  | c. Performance in-Excess of 5-Years | 154 |
| 6 | Request for Quote (RFQ) No. 8246 – GSA Multiple Award Schedule (November 7, 2023) | 158 |
|  | a. Attachment 1 – BPA Performance Work Statement (PWS) | 172 |
|  | b. Attachment 2 – PWS Deliverable List | 209 |
|  | c. Attachment 3 – Provisions & Clauses | 214 |
|  | d. Attachment 4 – Pricing Matrix |  |
|  | e. Attachment 5 – Quality Assurance Surveillance Plan | 273 |
| 7 | RFQ Amendment 1 | 293 |
|  | a. Attachment 6 – Small Business Participation Plan | 306 |
|  | b. Attachment 7 – Past Performance Questionnaire | 307 |
| 8 | RFQ Amendment 2 | 312 |
|  | a. Attachment 2 – PWS Deliverable List | 326 |
| 9 | RFQ Amendment 3 |  |
| 10 | RFQ Amendment 4 | 331 |
| 11 | RFQ Amendment 5 | 345 |
| 12 | RFQ Questions & Answers |  |
|  | a. First Set (November 7, 2023) | 359 |
|  | b. Second Set (December 5, 2023) | 468 |
|  | c. Third Set (undated) | 472 |
| 13 | Source Selection Plan | 476 |
|  | **INITIAL QUOTES** |  |

| <u>Tab</u> | <u>Document Name/Description</u> | <u>Page</u> |
|---|---|---|
| 14 | Vendor 1 – Centennial Technologies Inc. (December 11, 2023) | 491 |
| 15 | Vendor 2 – Noblis | 618 |
| 16 | Vendor 3 – Yudrio, Inc. (December 11, 2023) | 757 |
| 17 | Vendor 4 – McKinsey & Company, Inc. (December 11, 2023) | 933 |
| 18 | Vendor 5 – Integrated Systems Inc. (ISI) (December 11, 2023) | 1440 |
| 19 | Vendor 6 – SOS International LLC (SOSi) (December 11, 2023) | 3032 |
| 20 | Vendor 7 | |
| 21 | Vendor 8 – AccelGov LLC (December 11, 2023) | 3257 |
| 22 | Vendor 9 – CAN Softtech, Inc. (December 11, 2023) | 3424 |
| 23 | Vendor 10 – Infosys Public Services (December 11, 2023) | 3557 |
| 24 | Vendor 11 – FreeAlliance.com, LLC (December 11, 2023) | 3702 |
| 25 | Vendor 12 – Radiant Infotech, LLC (December 11, 2023) | 3873 |
| 26 | Vendor 13 – Pulsebyte, LLC (December 11, 2023) | 3995 |
| 27 | Vendor 14 – Harmonia Holdings Group, LLC (December 11, 2023) | 4126 |
| 28 | Vendor 15 – Paragon Technology Group, Inc. (December 11, 2023) | 4262 |
| 29 | Vendor 16 – Chevo Consulting, LLC (December 11, 2023) | 4496 |
| 30 | Vendor 17 – Zartek Solutions, LLC (December 11, 2023) | 4623 |
| 31 | Vendor 18 – eTelligent Group, LLC (December 11, 2023) | 5164 |
| 32 | Vendor 19 – Citizant, Inc. (December 11, 2023) | 5342 |
| 33 | Vendor 20 – Guidehouse, Inc. (December 11, 2023) | 5443 |
| 34 | Vendor 21 – Radus Software LLC (December 11, 2023) | 6066 |

| Tab | Document Name/Description | Page |
|---|---|---|
| 35 | Vendor 22 – General Dynamics Information Technology (GDIT) (December 11, 2023) | 6207 |
| 36 | Vendor 23 – Promoveo Solutions, JV LLC (December 11, 2023) | 6655 |
| 37 | Vendor 24 – Deloitte Consulting LLP (December 11, 2023) | 6751 |
| 38 | Vendor 25 | |
| 39 | Vendor 26 – Loch Harbour Group, Inc. (December 11, 2023) | 7302 |
| 40 | Vendor 27 – KPG Global Enterprises, LLC (December 11, 2023) | 7386 |
| | **QUOTE EVALUATION** | |
| 41 | Technical Evaluation Plan | 7399 |
| 42 | Price Analysis (February 8, 2024) | 7410 |
| 43 | Technical Team Evaluation Report – Vendor Evaluator Worksheets (July 23, 2024) | 7423 |
| 44 | Award Decision Document (July 23, 2024) | 7783 |
| | **AWARD / POST-AWARD** | |
| 45 | Notice to Unsuccessful Offerors (July 25, 2024) | 7867 |
| 46 | Award to ISI – Contract No. 2032H5-24-A-00017 (August 5, 2024) | 7932 |
| 47 | Award to Deloitte – Contract No. 2032H5-24-A-00019 (August 5, 2024) | 7935 |
| 48 | Award to Centennial – Contract No. 2032H5-24-A-00020 (August 5, 2024) | 7938 |
| 49 | Award to Etelligent – Contract No. 2032H5-24-A-00021 (August 5, 2024) | 7941 |
| 50 | Award to Noblis – Contract No. 2032H5-24-A-00024 (August 5, 2024) | 7944 |
| 51 | Brief Explanation of Award (July 29, 2024) | |
| | a. 22nd Century | 7947 |

| Tab | Document Name/Description | Page |
|---|---|---|
|  | b. AccelGov | 7950 |
|  | c. CanSoft | 7953 |
|  | d. Chevo | 7957 |
|  | e. Citizent | 7960 |
|  | f. GDIT | 7963 |
|  | g. Guidehouse | 7966 |
|  | h. Harmonia | 7969 |
|  | i. Loch Harbour | 7972 |
|  | j. McKinsey | 7977 |
|  | k. Paragon | 7981 |
|  | l. Promoveo | 7984 |
|  | m. Pulsebyte | 7987 |
|  | n. SOSI | 7990 |
|  | o. Zartek | 7993 |
| 52 | Vendor Debrief Corrections | 8001 |
|  | **GAO PROTEST** |  |
| 53 | Protest of Chevo Consulting, LLC (August 8, 2024) | 8002 |