IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACCELGOV, LLC, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | No. 24-1228C |
| ) | Judge Schwartz |
| and ) | |
| ) | |
| E-TELLIGENT GROUP, ) | **FILING CONTAINS PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER** |
| Defendant-Intervenor, ) | |
| and ) | |
| ) | |
| CENTENNIAL TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant-Intervenor. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 26, 2024 Order, ECF No. 52, the parties respectfully file this joint status report. As reflected before the Court in the status conference on September 24, 2024, and in subsequent filings before the Court including defendant's motion for enlargement, filed yesterday October 3, 2024, defendant has taken steps towards corrective action. Pursuant to this corrective action, defendant has proceeded towards new awards that may moot all protests. Formal notices to the vendors are in the administrative process.

According to defendant's second unopposed motion for an enlargement of time, the next filing deadline in this case—response to the protestor motion for discovery—is October 11, 2024. If no corrective action has been noticed to the Court by October 11, the parties suggest filing a Joint Status Report indicating how the parties believe the case should proceed.

Additionally, as required by the Court's Order at ECF No. 52, should this protest proceed the parties respectfully suggest that oral argument take place the week of December 9, 2024.

                              Respectfully submitted,

                              BRIAN M. BOYNTON
                              Principal Deputy Assistant Attorney General

                              PATRICIA M. McCARTHY
                              Director

                              s/ Steven J. Gillingham
                              STEVEN J. GILLINGHAM

                              Assistant Director
                              s/ Matthew D. Lewis
                              MATTHEW D. LEWIS
                              Trial Attorney
                              Commercial Litigation Branch
                              Civil Division
                              U.S. Department of Justice
                              P.O. Box 480
                              Ben Franklin Station
                              Washington, D.C. 20044
                              Phone: (202) 880-6321
                              E-mail: matthew.lewis@usdoj.gov

October 4, 2024                    Attorneys for Defendant

                              /s/ W. Brad English
                              W. Brad English
                              MAYNARD NEXSEN PC
                              655 Gallatin Street
                              Huntsville, Alabama 35801
                              Telephone: (256) 512-5705
                              benglish@maynardnexsen.com

                              *Counsel of Record for AccelGov, LLC, 22nd Century Technologies, Inc. and FedTec, LLC*

                              s/ Matthew R. Keller
                              Matthew R. Keller

Praemia Law, PLLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
(310) 622-5774 (telephone)
(703) 399-3603 (facsimile)
Matthew.Keller@praemialaw.com

*Counsel of Record for Centennial Technologies Inc.*

/s/ Matthew P. Moriarty
Matthew P. Moriarty
SCHOONOVER & MORIARTY LLC
130 N. Cherry St.
Olathe, Kansas 66061
Telephone: (913) 354-2632
mmoriarty@schoonoverlawfirm.com

*Counsel of Record for Chevo Consulting LLC*

*Agreed to by*
Jon D. Levin
WOMBLE BOND DICKINSON (US) LLP
200 West Side Square, Suite 950
Huntsville, Alabama 35801
Telephone: (256) 834-8661

*Counsel of Record for Harmonia Holdings Group, LLC*

3