IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACCELGOV, LLC, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant, | ) |
| | ) No. 24-1228C |
| and | ) Judge Schwartz |
| | ) |
| E-TELLIGENT GROUP, | ) |
| | ) |
| Defendant-Intervenor, | ) |
| | ) |
| and | ) |
| | ) |
| CENTENNIAL TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant-Intervenor. | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, we hereby notice the dismissal of this action with prejudice, with each party to bear its own costs, attorney fees and expenses.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    PATRICIA M. McCARTHY
    Director

    /s/ Steven J. Gillingham
    STEVEN J. GILLINGHAM
    Assistant Director

    /s/ Matthew D. Lewis

                                      Matthew D. Lewis
                                      Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 880-6321

October 28, 2024                    Attorneys for Defendant

/s/ Brad English
W. Brad English
MAYNARD NEXSEN PC
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 512-5705
benglish@maynardnexsen.com

*Counsel of Record for AccelGov, LLC, 22nd Century Technologies, Inc. and FedTec, LLC*

/s/ Matthew P. Moriarty
Matthew P. Moriarty
SCHOONOVER & MORIARTY LLC
130 N. Cherry St.
Olathe, Kansas 66061
Telephone: (913) 354-2632
mmoriarty@schoonoverlawfirm.com

*Counsel of Record for Chevo Consulting LLC*

/s/ Jon D. Levin
Jon D. Levin
WOMBLE BOND DICKINSON (US) LLP
200 West Side Square
Suite 950
Huntsville, Alabama 35801
Telephone: (256) 834-8646
Jon.Levin@wbd-us.com

*Counsel for Harmonia Holdings Group, LLC*

/s/ Damien Specht
Damien Specht

2

Morrison Foerster
2100 L St NW, Suite 900
Washington, DC 20037
(202) 791-8585

*Counsel for E-telligent Group LLC*