IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACCELGOV, LLC, *et al.*, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
|     Defendant, | ) |
| | ) No. 24-1228C |
|     and | ) Judge Schwartz |
| | ) |
| E-TELLIGENT GROUP, | ) |
| | ) |
|     Defendant-Intervenor, | ) |
| | ) |
|     and | ) |
| | ) |
| CENTENNIAL TECHNOLOGIES, INC., | ) |
| | ) |
|     Defendant-Intervenor. | ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, attorney fees and expenses.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Matthew D. Lewis
Matthew D. Lewis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 880-6321

November 5, 2024

Attorneys for Defendant

/s/ Matthew P. Moriarty
Matthew P. Moriarty
SCHOONOVER & MORIARTY LLC
130 N. Cherry St.
Olathe, Kansas 66061
Telephone: (913) 354-2632
mmoriarty@schoonoverlawfirm.com

*Counsel of Record for Chevo Consulting LLC*

/s/ Matthew R. Keller
Matthew R. Keller
PRAEMIA LAW, PLLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
Telephone: (310) 622-5774
Matthew.Keller@praemialaw.com

*Counsel for Centennial Technologies, Inc.*

/s/ Jon D. Levin
Jon D. Levin
WOMBLE BOND DICKINSON (US) LLP
200 West Side Square
Suite 950
Huntsville, Alabama 35801
Telephone: (256) 834-8646
Jon.Levin@wbd-us.com

*Counsel for Harmonia Holdings Group, LLC*

<div style="margin-left: 50%;">

<u>/s/ Brad English</u>
W. Brad English
MAYNARD NEXSEN PC
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 512-5705
benglish@maynardnexsen.com

*Counsel of Record for AccelGov, LLC, 22nd Century Technologies, Inc. and FedTec, LLC*

<u>/s/ Damien Specht</u>
Damien Specht
Morrison Foerster
2100 L St NW, Suite 900
Washington, DC 20037
(202) 791-8585

*Counsel for E-telligent Group LLC*

</div>